# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>    Defendants.<br>_____ / | Case No. 1:09-cv-00335-OWW-DLB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 11)<br><br>SECOND AMENDED COMPLAINT DUE WITHIN TWENTY DAYS |

      Plaintiff Saahdi Coleman ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on February 24, 2009. On July 7, 2009, the Court dismissed Plaintiff's complaint, with leave to file a first amended complaint within 30 days. On August 13, 2009, Plaintiff filed his first amended complaint. On December 1, 2009, the Court issued a Findings and Recommendations recommending dismissal of this action for failure to state a claim upon which relief may be granted. (Doc. 11.) On January 6, 2010, Plaintiff filed his objections to the Court's Findings and Recommendations. (Doc. 12.)

      Plaintiff contends that he did not clearly state all his claims in his first amended complaint. Plaintiff contends that he intended to include an additional claim of retaliation against the defendants, but failed to do so because of his pro se litigant status. Plaintiff requests leave to file a second amended complaint curing the deficiencies identified.

1    Plaintiff may amend once as a matter of course. See Fed. R. Civ. P. 15(a).  The Court will
2  grant Plaintiff's request to file a second amended complaint.  Plaintiff is again reminded of the
3  pleading requirements under the Federal Rules of Civil Procedure: "A pleading that states a claim
4  for relief must contain . . . a **short and plain** statement of the claim showing that the pleader is
5  entitled to relief." Fed. R. Civ. P. 8(a) (emphasis added).
6    Accordingly, it is HEREBY ORDERED that the Court's Findings and Recommendations,
7  filed on December 1, 2009, is VACATED.  Plaintiff has twenty (20) days from the date of service
8  of this order to file a second amended complaint.  Failure to comply with this order may result in
9  dismissal of this action for failure to obey a court order.

11    IT IS SO ORDERED.
12    Dated:   **January 7, 2010**          **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

2